**Order issued November 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-20-00203-CR

_____

**JOHN ROBERT MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 18-CR-1549**

---

### ORDER OF PERMANENT ABATEMENT

Appellant's counsel has filed a motion to permanently abate this appeal based on the death of appellant. A copy of appellant's death certificate is attached to the motion. Because appellant's death occurred after he perfected this appeal and before we issued our mandate, the appeal must be permanently abated. *See* TEX. R. APP. P.

7.1(a)(2) ("If the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated."). Accordingly, we grant the motion and permanently abate the appeal.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).